1  ROBERT S. BREWER, JR.
   United States Attorney
2  DAVIS M. LOOP
   Special Assistant U.S. Attorney
3  Florida State Bar No. 11605
   Federal Office Building
4  880 Front Street
   San Diego, California  92101-8893
5  Telephone:  (619) 546-8835

6  Attorneys for Plaintiff
   United States of America

7
                **UNITED STATES DISTRICT COURT**
8
               **SOUTHERN DISTRICT OF CALIFORNIA**
9
   UNITED STATES OF AMERICA,              Case No.: 20mj8011-AHG
10
                          Plaintiff,      **UNITED STATES' MOTION TO**
11                                        **DISMISS THE COMPLAINT**

12       v.

   RONGDI ZHENG,
13
                          Defendant.
14

15       COMES NOW the Plaintiff, UNITED STATES OF AMERICA, by and through

16  its counsel, ROBERT S. BREWER, JR., United States Attorney, and Davis

17  M. Loop, Special Assistant United States Attorney, respectfully

18  requests, pursuant to Rule 48(a), Federal Rules of Criminal Procedure,

19  that the Court dismiss, without prejudice, the COMPLAINT charging

20  Rongdi Zheng ("Defendant") with attempted Illegal Entry, in violation

21  of 8 U.S.C. Secs. 1325(a)(1).

22  //

23  //

24       After a review of the facts of this case, the United States does

25  not believe that it can prosecute this case consistent with our legal

26  obligations.  Therefore, in the interests of justice and judicial

27  economy, the United States moves to dismiss the COMPLAINT without

28  prejudice.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DATED: March 9, 2020.

Respectfully submitted,

ROBERT S. BREWER, JR.
United States Attorney


s/*Davis M. Loop*
DAVIS M. LOOP
Special Assistant U.S. Attorney
Attorneys for Plaintiff