# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | ) | CASE NUMBER 20mj8011-AHG |
| --- | --- | --- |
| vs | ) | ABSTRACT OF ORDER |
| Rongdi Zheng | ) | Booking No. 93585298 |

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of __3/13/20__

the Court entered the following order:

__✓__ Defendant be released from custody.

_____ Defendant placed on supervised / unsupervised probation / supervised release.

_____ Defendant continued on supervised / unsupervised probation / supervised release.

_____ Defendant released on $ _____ bond posted.

_____ Defendant appeared in Court. FINGERPRINT & RELEASE.

_____ Defendant remanded and ( _____ bond) ( _____ bond on appeal) exonerated.

_____ Defendant sentenced to TIME SERVED, supervised release for _____ years.

_____ Bench Warrant Recalled.

_____ Defendant forfeited collateral.

__✓__ Case dismissed.

_____ Case dismissed, charges pending in case no. _____

_____ Defendant to be released to Pretrial Services for electronic monitoring.

_____ Other. _____

ALLISON H. GODDARD
UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

Received __N/__ DUSM

JOHN MORRILL   Clerk
by
Deputy Clerk (2-74(5))

T. LEE

Crim-9  (Rev. 8-11)                                                   ★ U.S. GPO: 1996-783-398/40151

CLERK'S COPY